# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01013

SUSAN DONOHUE-NADRICH
        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
        Defendant.

_____

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant Allstate Insurance Company, hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1.    Defendant Allstate Insurance Company is named as defendant in Civil Action No. 2018CV31135 in Denver County District Court (the "State Court Action").

2.    The Complaint in the State Court Action was filed with the Clerk of the District Court of Denver County, in Denver, Colorado on March 31, 2018.  Plaintiff served the Summons and Complaint to Defendant on April 2, 2018.

3.    This Notice is being filed with this Court within thirty (30) days after the Plaintiff's Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiff's action is based.

4.    To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A."  To the best of

Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. Allstate Insurance Company avers that this Court has diversity jurisdiction over Plaintiff's claims because this is a civil action between parties of diverse citizenship. Additionally, Plaintiff alleges that the amount in controversy exceeds $75,000. Thus, this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332.

6. Specifically, Plaintiff was and is a resident of Arapahoe County, State of Colorado, and Defendant was, and still is a foreign corporation licensed to do business in the state of Colorado; however, State Farm's principal place of business is in Northbrook, Illinois. See Exhibit A, paragraph 2. The parties are therefore citizens of different states and thus this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7. Additionally, the Plaintiff alleges that due to the accident that is the subject of this litigation, she has suffered serious injuries and damages that exceed the $25,000 policy limits held by the at-fault driver, Armando Suarez, see Exhibit A, paragraph 46. Moreover, the Plaintiff is seeking damages for alleged violations of C.R.S. § 10-3-1115 and C.R.S. § 10-3-1116 as two times the covered underinsured motorist benefits of $100,000, plus reasonable attorney's fees. Therefore, it can reasonably be inferred that Plaintiff is seeking the full value of her underinsured motorist benefits and two times the covered benefits totaling $300,000, in addition to attorney's fees and court costs. Further, Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs. See Exhibit A, Civil Cover Sheet; Complaint and Jury Demand.

8. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in El Paso County District Court, be removed therefrom to this Court.

Respectfully submitted this 30th day of April, 2018.

By: _____*s/Rebecca K. Wagner*_____
Rebecca K. Wagner (CO Bar No. 33473)
CAMPBELL LATIOLAIS & AVERBACH, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, CO 80111
(303) 831-5990
Email: rwagner@cla-law.net
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2018, I presented the foregoing **NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

*Attorneys for Plaintiff*

_____*s/ Laura K. Maloney*